IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andread E. McNamee and Shawn C. McNamee<br>    Debtors. | BANKRUPTCY CASE NUMBER<br>17-14337/elf |
| LoanCare, LLC as servicer for CIT Bank, N.A.<br>    Movant,<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362<br><br>April 9, 2019 at 9:30 am |
| Andread E. McNamee and Shawn C. McNamee<br>    Debtors/Respondents. | Courtroom # 1 |
| William C. Miller, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this __9th__ day of __April__, 2019, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 659 Haunted Lane, Bensalem, PA 19020; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**